```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 18307
   LATASHA S LEE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0599


-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
   The case was filed on 07/16/2008 and was not confirmed.

   The case was dismissed without confirmation 09/22/2008.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                            PAID            PAID
-----------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE UNSECURED              .00              .00              .00
CAPITAL ONE AUTO FINANCE SECURED NOT I     19643.59              .00              .00
CAPITAL ONE AUTO FINANCE UNSECURED        NOT FILED              .00              .00
SELECT PORTFOLIO SERVICI CURRENT MORTG          .00              .00              .00
SELECT PORTFOLIO SERVICI MORTGAGE ARRE     18000.00              .00              .00
CITY OF CHICAGO PARKING  PRIORITY            740.00              .00              .00
RUSH HOSPITAL            UNSECURED        NOT FILED              .00              .00
SEARS                    UNSECURED        NOT FILED              .00              .00
T MOBILE                 UNSECURED           688.71              .00              .00
ANTOINETTE SANDERS       NOTICE ONLY     NOT FILED               .00              .00
WILLIAM R TEITELBAUM     DEBTOR ATTY       2,300.00                               .00
TOM VAUGHN               TRUSTEE                                                  .00
DEBTOR REFUND            REFUND                                                   .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                                    .00
DEBTOR REFUND                                           .00
                        --------------       --------------
TOTALS                       .00                        .00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 18307 LATASHA S LEE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 18307 LATASHA S LEE